UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JOHN BRADY LAYNE,

        Plaintiff,

vs.                                              Case No. 8:10-CV-2416-T-27AEP

MICHAEL SCOTT COLLINS,

        Defendant.
_____/

## ORDER

**BEFORE THE COURT** is the Report and Recommendation submitted by the Magistrate Judge (Dkt. 3) recommending that Plaintiff's Complaint (Dkt. 1) be dismissed and Plaintiff's Application to Proceed *in forma pauperis* (Dkt. 2) be denied without prejudice. Plaintiff filed no objections to the Report and Recommendation.

After careful consideration of the Report and Recommendation in conjunction with an independent examination of the file, the Court is of the opinion that the Report and Recommendation should be adopted, confirmed, and approved.

1) The report (Dkt. 3) is adopted, confirmed, and approved and is made a part of this order for all purposes, including appellate review.

2) Plaintiff's Complaint (Dkt. 1) is **DISMISSED** for lack of subject matter jurisdiction.

3) Plaintiff's Application to Proceed *in forma pauperis* (Dkt. 2) is **DENIED**.

4) The Clerk is directed to close the file.

**DONE AND ORDERED** in chambers this 10th day of December, 2010.

*[signature]*
JAMES D. WHITTEMORE
United States District Judge

Copies to: *pro se* Plaintiff

2